UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PSO LLC, a Delaware Limited Liability Company, | ) ) ) No. 3:09-cv-89 |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BRAVO PHOTO, LLC, an Iowa Limited Liability Company, TOM BRANDT, DAVID GALLAGHER, and BROOK PETERSON, Defendants. | ) **SCHEDULING ORDER AND** ) **DISCOVERY PLAN** ) ) ) ) |

Counsel have conferred and submit the following information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? __X__ yes _____ no
   **If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.** If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: September 15, 2009
2. Deadline for motions to add parties: April 1, 2010
3. Deadline for motions to amend pleadings: July 1, 2010
4. Expert witnesses disclosed by: a) Plaintiff: May 1, 2010
   b) Defendant: June 15, 2010
   c) Plaintiff's Rebuttal: July 15, 2010
5. Deadline for **completion** of discovery: August 16, 2010
6. Dispositive motions deadline (**at least 120 days before Trial Ready Date**): September 1, 2010
7. Trial Ready Date (**at least 120 days after Dispositive Motions Date**): January 4, 2011
8. Has a jury demand been filed? __X__ yes _____ no
9. Estimated length of trial: __4__ days
10. Settlement conference (choose one of the following): (a) __X__ A court-sponsored settlement conference should be set by the court at this time for a date after: __August 16, 2010__; or (b) _____ A court-sponsored settlement conference is not necessary at this time.
11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P.16(b) and 26(f)? _____ yes __X__ no
12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? _____ yes __X__ no

/s/John S. Doak
Thomas E. Cady
Katz, Huntoon & Fieweger, P.C.
Attorney for Plaintiff
1000 - 36th Avenue
P.O. Box 950
Moline, IL 61266-0950
Telephone: 309-797-3000
Fax: 309-797-2167
Email: sfieweger@katzlawfirm.com

/s/Brian P. Rickert
BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE & SCHOENBAUM, P.L.C.
Attorney for Defendants
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2400
Fax: 515-323-8557
Email: Rickert@brownwinick.com

Case 3:09-cv-00089-CRW-TJS   Document 9   Filed 08/19/2009   Page 2 of 2
Case 3:09-cv-00089-CRW-TJS   Document 10   Filed 08/21/2009   Page 2 of 2

2

## JUDGE'S REVISIONS

The deadline in Paragraph __2__ is changed to __February 1, 2010__.

The deadline in Paragraph __3__ is changed to __April 1, 2010__.

The deadline in Paragraph __6__ is changed to __September 15, 2010__.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan __X__ is _____ is not approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

__X__ will not be scheduled at this time.

_____ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, _____.m.

_____ will be held by telephone conference, initiated by the court, on the _____ day of _____, at o'clock, _____.m.

**DATED** this __21__ day of __August__, 2009.

_____
Magistrate Judge
United States District Court

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

**DATED** this _____ day of _____, 2009.

_____
United States District Judge

s:\wp\worddoc\15423001.04S